Vacated per order filed on 5/7/21.

IN THE SUPREME COURT OF THE STATE OF NEVADA

180 LAND COMPANY, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
FORE STARS, LTD.; AND SEVENTY
ACRES, LLC,
                     Appellants,
               vs.
CITY OF LAS VEGAS, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA,
                     Respondent.

No. 82429

FILED

APR 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER ADMONISHING COUNSEL AND DISMISSING APPEAL*

This is an appeal from a district court order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

On March 25, 2021, this court entered an order stating that appellants' docketing statement is incomplete because appellants failed to attach file-stamped copies of the documents required by item 27. We directed appellants to file and serve an amended docketing statement with all required documents attached by April 8, 2021, and cautioned that failure to comply could result in the imposition of sanctions. *See* NRAP 14(c). Our order also directed appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the notice of appeal was prematurely filed in the district court after the timely filing of a tolling motion and before that motion was resolved. *See* NRAP 4(a)(4). It also appeared that the tolling motion remained pending in the district court.

Appellants filed an amended docketing statement on April 6, 2021. The amended docketing statement does not have copies of any required documents attached. Counsel for appellants is admonished for

failing to comply with this court's rule and order and cautioned that future failure to attach copies of all required documents to a docketing statement may result in the imposition of sanctions against counsel. *See* NRAP 14(c).

In response to the order to show cause, appellants' counsel represents that the district court has not yet entered a written order resolving the tolling motion and states that "jurisdiction is still with the District Court." Accordingly, it appears the notice of appeal is premature and this court lacks jurisdiction. *See* NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."). We therefore

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.         _____, J.
Stiglich                                          Silver

cc:   Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 3
Law Offices of Kermitt L. Waters
McDonald Carano LLP/Las Vegas
Shute, Mihaly & Weinberger, LLP
Las Vegas City Attorney
Eighth District Court Clerk